UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                          PLAINTIFF

v.                                                                                           CRIMINAL NO. 3:25-CR-00070-1-CHB
*Electronically Filled*

JOSE MALAGON CASTRO                                                                                               DEFENDANT

## SENTENCING MEMORANDUM

The United States has received and reviewed Jose Malagon Castro's Presentence Investigation Report (PSR). (DN 155, PSR). Having found no substantial errors with the PSR, the United States has informed United States Probation there will be no objections thereto. Furthermore, the United States is unaware of any unresolved objections regarding the presentence report. (*See Id*. Addendum). The United States does not intend to call any witnesses at the sentencing hearing.

At sentencing, scheduled for March 5, 2026, at 10:00 a.m., the United States shall make sentencing recommendations to the Court consistent with the Rule 11(c)(1)(C) plea agreement [DN. 126] entered on December 15, 2025. The United States intends to motion the Court, pursuant to U.S.S.G. § 3E1.1 (b), for the additional one-level reduction for Mr. Castro's timely acceptance of responsibility. Pursuant to the plea agreement, the United States will recommend a fine at the low end of the applicable guideline, provided the determines a fine is appropriate in this case. The United States will leave imposition of a fine to the discretion of the Court and acknowledges the Defendant may not have the ability to pay a fine. (*See* DN 155, PSR, pp. 19-21¶¶92-93). The

United States will request the agreed upon three (3) year term of supervised release. (DN 126, Plea Agreement, p. 8¶ 11).

Considering the sentencing factors pursuant 18 U.S.C. § 3553(a), and to impose a sentence sufficient, but not greater than necessary to comport with these factors, the United States, pursuant to the plea agreement, shall recommend the agreed upon sentence of seventy (70) months imprisonment. (*Id.*).

> Respectfully submitted,
>
> KYLE G. BUMGARNER
> United States Attorney
>
> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
> Mac Shannon
> Assistant U.S. Attorney
> 717 West Broadway
> Louisville, Kentucky 40202
> (502) 582-5911

## CERTIFICATE OF SERVICE

      I hereby certify that on February 27, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Mac Shannon
Assistant United States Attorney